# Exhibit A

**From:** Michelle Carter MCarter@clydesnow.com
**Subject:** FW: Roger Bliss - Asset List
**Date:** January 4, 2016 at 2:12 PM
**To:** Loren Washburn (loren@washburnlawgroup.com) loren@washburnlawgroup.com



Below is the email that was sent to Amy Oliver with the asset list attached.

**From:** Lauren A. McGee
**Sent:** Wednesday, April 29, 2015 12:11 PM
**To:** Oliver, Amy J. (olivera@SEC.GOV) <olivera@SEC.GOV>
**Cc:** Jennifer A. James <JAJ@ClydeSnow.com>; Neil A. Kaplan <NAK@ClydeSnow.com>
**Subject:** Roger Bliss - Asset List

Hi Amy,

Attached, please find the spreadsheet containing a list of Roger Bliss's assets.

Thanks,

Lauren A. McGee
Attorney



ATTORNEYS AT LAW
201 South Main Street, Suite 1300
Salt Lake City, UT 84111
P: 801.322.2516
D: 801.532.3002
F: 801.521.6280

Assistant – Amy Conrad: 801.433.2435

[www.clydesnow.com](www.clydesnow.com)

**CONFIDENTIALITY NOTICE**
This electronic mail transmission, and any documents, files, or previous e-mail messages attached to it, is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution, use of any of the information, or the taking of action in reliance on the contents of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner.
**P PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL**



**Roger Bliss Personal Property Inventory**

|  |  |  | Total | $3,296,150.00 |
|---|---|---|---|---|
| Description | Make | Model | Year | Est. Value |
| PU Truck | Chevrolet | Silverado K2500 HD | 2008 | $20,000.00 |
| PU Truck, custom rock crawler | Toyota | Tacoma | 2003 | $30,000.00 |
| SUV | GMC | Yukon Denali XL | 2013 | $45,000.00 |
| PU Truck | GMC | Sierra Denali HD | 2014 | $55,000.00 |
| Watercraft, 26' Ski boat w/ Trailer | Chaparral | 2264 Xtreme | 2014 | $125,000.00 |
| Watercraft, 22' River Jetboat w/ Trailer, trolling motors, dwn rggrs | Thunderjet | Alexis Classic | 2014 | $70,000.00 |
| Arctic Fox Camper | Arctic Fox | 811 | 2013 | $30,000.00 |
| Motorcycle, ATV w/ tracks and wheels | Polaris | Sportsman 550 | 2012 | $7,000.00 |
| Motorcycle, ATV w/ tracks and wheels | Polaris | Sportsman 550 | 2012 | $7,000.00 |
| Motorcycle, ATV w/ tracks and wheels | Polaris | Sportsman 850 | 2013 | $8,000.00 |
| Motorcycle, ATV w/ tracks and wheels | Polaris | Sportsman850 | 2013 | $9,000.00 |
| Snowmobile | Polaris | RMK Pro | 2014 | $8,000.00 |
| Snowmobile | Polaris | RMK Pro | 2014 | $8,000.00 |
| Snowmobile | Polaris | RMK Pro | 2015 | $11,000.00 |
| Snowmobile | Polaris | Indy Widetrack | 2015 | $9,000.00 |
| Enclosed Snowmobile Traler 27' | Wells Cargo | 27' | 2014 | $14,000.00 |
| ATV Trailer, Custom Size | Xtreme | 25' | 2013 | $2,000.00 |
| ATV, Custom Upgrades | Polaris | RZR 1000 4xp | 2014 | $25,000.00 |
| Enclosed Utility Trailer | Wells Cargo | 12' | 2013 | $3,000.00 |
| ATV Trailer | Big Bubba | 10' | 2012 | $1,200.00 |
| Utility Dump Trailer | Paiute | 12' | 20 | $3,000.00 |
| Utility Trailer, auto hauler | Big Bubba | 22' | 2013 | $3,000.00 |
| Hypertherm Powermax 45 Plasma Cutter W/ Cart |  |  |  | $1,400.00 |
| Millermatic 252 Wire Feed Mig Welder | Miller |  |  | $2,500.00 |
| Lincoln Electric 180 H Mig Welder |  |  |  | $250.00 |
| Powermatic Drill Press |  |  |  | $1,200.00 |
| Kobalt 80 Gallon Air Compressor |  |  |  | $500.00 |
| Kobalt Stainless Tool Chest Large Stacked Set Rolling |  |  |  | $1,000.00 |
| Kobalt Stainless Tool Chest Small Single Rolling |  |  |  | $400.00 |
| Stainless Tool Bench Rolling |  |  |  | $350.00 |
| Stainless Tool Bench Rolling |  |  |  | $350.00 |
| JD2 Hydraulic Tubing Bender W/ Electric Hydraulic Pump |  |  |  | $1,000.00 |
| Shop Bench |  |  |  | $200.00 |

| Item | Price |
|---|---|
| Shop Bench | $200.00 |
| Shop Bench | $200.00 |
| Hand Tools | $500.00 |
| Power Tools, Grinders, Drills, Drivers | $2,000.00 |
| Portable Compressor | $300.00 |
| Troybuilt Pressure Washer | $250.00 |
| NorthStar Steam Pressure Washer | $2,000.00 |
| Chop Saw-wood | $200.00 |
| Chop Saw-metal | $300.00 |
| Precision Lathe Table | $300.00 |
| Engine Hoist | $250.00 |
| | |
| Goal Zero Yeti 1250 Solar Generator | $1,200.00 |
| Goal Zero Yeti 1250 Solar Generator | $1,200.00 |
| Goal Zero Xtreme 350 Solar Generator | $400.00 |
| Goal Zero Escape 150 | $100.00 |
| Goal Zero Solar Panels and Tripods | $500.00 |
| | |
| American Truck Track Set for Toyota | $6,500.00 |
| | |
| Gun Safe | $1,000.00 |
| LaRue Tactical AR15 | $2,500.00 |
| Bennelli Davinci Shotgun 12 ga. | $1,600.00 |
| Knight Force 9mm pistol | $5,000.00 |
| Glock 9mm pistol | $500.00 |
| Springfield Armory- 45acp pistol | $600.00 |
| Tikka T3 300 wsm Stainless Steel/Composite rifle | $600.00 |
| Stoeger Shotgun 12 ga. | $400.00 |
| Tactical Solutions Custom .22 rifle | $500.00 |
| .22 pistol | $400.00 |
| Dillon Reloading Equipment | $1,000.00 |
| Do All Outdoors Skeet Thrower | $300.00 |
| Gun Cases | $300.00 |
| | |
| Archery Equipment | $1,200.00 |

| Item | Value |
|---|---|
| ATV Gun and Equipment Cases | $600.00 |
| Hunting Blind | $150.00 |
| Ice Tent | $150.00 |
| REI Tent | $200.00 |
| Kirkhams Tent | $300.00 |
| Camping Coolers | $100.00 |
| Camp Oven | $100.00 |
| Camp Stoves | $300.00 |
| Camp Cooking Equipment | $300.00 |
| Water Storage 160 Gal. | $250.00 |
| Water Storage 160 Gal. | $250.00 |
| Water Trampoline 25' | $800.00 |
| Paddle Boards 3 | $1,500.00 |
| Kayaks 3 | $600.00 |
| Paddle Boat | $200.00 |
| Sky Ski | $1,000.00 |
| Wakeboards 3 | $800.00 |
| | |
| Shop Cabinets w/ granite counter top | $3,000.00 |
| Welding Tables | $500.00 |
| Golf Training Equipment | $400.00 |
| | |
| Fly Rods and Reels | $2,000.00 |
| | |
| Scuba Gear | $3,000.00 |
| | |
| Computer Equipment | $9,000.00 |
| Video Equipment | $30,000.00 |
| Shelves, Freezers | $1,000.00 |
| | |
| 72 Chalet Circle, Fish Haven, Idaho, Lot and Home | $750,000.00 |
| 56 Chalet Circle, Fish Haven, Idaho, Lot | $130,000.00 |
| 56 Chalet Circle, Fish Haven, Idaho, Unfinished Garage/Aprtmt | $150,000.00 |
| | |
| 2451 Deer Run Circle, Bountiful, Utah, Lot and Home | $1,300,000.00 |
| | |
| 3830 Birch Drive, Salt Lake City, Utah, Lot and Home 208K mortgage | $375,000.00 |